MHW

RECEIVED
3-21-2008
MAR 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Douglas Turtantannum

Plaintiff(s)

v.

The Ill State Police ~~...~~ McDay
~~3470 University of...~~
Bldg Corp #07-2064
McDonalds #07M1152463
McDonalds 07-2064
~~#M00905 & UFC University~~ ~~M2~~
~~UFC University of Ill of Ill~~

Defendant(s)

3/20/08

United State Dist
Rict Court Northern
District of Illinois
3/11/08
Case No: ~~#07-1000~~ ~~#07-2080~~
#07-2064
McDonalds Corp
#07M1152463

08CV1665
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

Complaint

Case No 07M1152463 - 07-2064
My Name is Mr Douglas Turtantannum and I reside at #1512 N Lasalle Dr, In Chicago Illinois #60610. this my Complaint My Case that I had against McDonalds Corp 100 N Riverside Plaza ~~Ill 60~~ this is their lawyers names Macey's # Number Co60 150 Case No - 06L3700 which was docketed as Appeal 07-2081 in the Appellate Court 2/22/08 McDonalds Corp 07 2064 - McDon 07-M1152463. I Sued McDonalds for a Breach of Contract in Regards to Minopoly Game that I won 1-Million Dollars My Soc Sec No is 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# I am a Ex student at the University of Ill Chicago Ill majoring Criminal Justice

PAGE Two of this COMPLAINT (CONTINUED HERE) 3/20/08

... the Court has jurisdiction over this case because this the Dist in which that I file my Appeal from the State Appellate Court.

I want the Court to grant me justice in this Appeal Against McDonalds Corp. for this monitary reason for breache of Contract on McDonalds behafe involving a monopoly game which that I won ~~ ~~ legally. for 1,010,00 Dolls ~~so~~ which was state in the monopoly game I thing it was 50,000 ~~or 500~~ for 20 years At that Sum.

CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

STEVEN M. RAVID
CLERK

February 29, 2008

Mr. Douglas Tutankhatum
1512 N. LaSalle
Chicago, IL   60610

In Re:       07-2064
             07-2081

Dear Mr. Tutankhatum:

In response to the documents that you recently sent to the Clerk of the Appellate Court, it is unclear to which appeal your documents relate, and what, if any, relief you are seeking from the Court.

In regard to your appeal from Circuit case number 06L3700, which was docketed as appeal 07-2081, the Appellate Court dismissed your appeal on February 22, 2008 for want of prosecution because you failed to file the record on appeal as required by Supreme Court Rule 326. Under the Supreme Court Rules, you have 21 days from that date, which would be to and including March 14, 2008, to ask the Appellate Court to reconsider this dismissal by filing a proper motion to reconsider, or a Petition for Rehearing. After that 21 day period, the Appellate Court will cease to have jurisdiction over your case, and will not be able to consider any matter relating to that appeal.

In regard to your appeal from Circuit Court case number 07M1152463, which has been assigned appeal number 07-2064, that case remains pending before the Appellate Court. However, you have not yet filed your appellant's brief as required by Supreme Court Rule 341. The brief was due to be filed on or before January 25, 2008. If you do not file a motion for extension of time to file your brief, or submit your brief with a motion to file it instanter (meaning that you are submitting the brief along with a motion asking for permission to file the brief because it is late), the Court at some point will dismiss this appeal, too, for want of prosecution.