MHW

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Douglas-Tutankhamun_
(Please print)

STREET ADDRESS: _#1512 N LaSalle Dr #_

CITY/STATE/ZIP: _Chicago, Illinois-60610 #_

PHONE NUMBER: _312 664-6060_

CASE NUMBER: _#07-2064 McDonalds Crp #07M1152 463_

Signature: _Douglas Tutankhamun_

Date: _3/20/08_

08CV1665
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

FILED
MAR 21 2008  NR
3-21-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

