UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Douglas Tutankhamen

Case Number: 072064 #07M
1152463

V.

Defendant(s) McDonalds Corp Novack-3)
Maces 700 N ~~Plaza~~ Riverside
Plaza Chifil

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Douglas Tutankhamen, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   **08CV1665
   JUDGE CASTILLO
   MAGISTRATE JUDGE KEYS**

   FILED
   MAR 21 2008  NR
   3-21-2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   Douglas Tutankhamen          1512 N LaSalle Dr
   Movant's Signature                Street Address

   3/21/08                      Chicil 60610
   Date                         City, State, ZIP