# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1665 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Douglas Tutankhamun vs. McDonalds Corp., et al. | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed pro se complaint, said complaint is dismissed for lack of federal jurisdiction. Plaintiff apparently is improperly seeking to have this Court review litigation that was before the Illinois Appellate Court. Even under the most liberal pleading standards, Plaintiff has failed to set forth any valid federal claim against the proposed Illinois courts. Plaintiff's application to proceed in forma pauperis and his motion for appointment of counsel are both denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|